Timothy J. Forneris, St. Louis, MO, for appellant.

Chris Koster, Daniel N. McPherson, Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Michael Hill ("Movant") appeals from the motion court's denial of his Rule 24.035 motion seeking to vacate his guilty plea and sentence for trafficking in the second degree, in violation of Section 195.223, RSMo Cum.Supp.2001, based on his plea counsel's ineffectiveness.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. The judgment dismissing Movant's motion is affirmed pursuant to Rule 84.16(b).

Gwenda Renee' Robinson, District Defender, Loyce A. Hamilton, St. Louis, MO, for appellant.

Chris Koster, Attorney General, Gregory L. Barnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

### ORDER

PER CURIAM.

Movant, Vernon Buchanan, appeals from the judgment denying on the merits his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Vernon BUCHANAN,
Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 98127.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 11, 2012.

STATE of Missouri, Respondent,

v.

Kenneth A. WENFEEL, Appellant.

No. ED 98161.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 11, 2012.